**Order entered October 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00811-CV

**DONALD HAWTHORNE AND MELODY HEDGER, Appellants**

**V.**

**MISSION ROCKWALL APT., Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CI19-0051**

## ORDER

The reporter's record in this case has not been filed. By letter dated September 3, 2019, we informed appellants the court reporter notified us that the reporter's record had not been filed because appellants had not (1) requested the record; or (2) paid for or made arrangements to pay for the record. We directed appellants to provide the Court with written verification showing the reporter's record had been requested and that appellants had paid for or made arrangements to pay for the record or had been found entitled to proceed without payment of costs. We cautioned appellants that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record. To date appellants have not corresponded with the Court regarding the reporter's record.

Accordingly, we **ORDER** this appeal submitted without a reporter's record. Appellants' brief is due **THIRTY DAYS** from the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE